IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVAN CHASSE,** | : | Civil No. 23-CV-1192 |
| **Plaintiff,** | : | |
| v. | : | |
| **M.S. INVESTMENTS MORTGAGE COMPANY et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 29th day of November, 2023, upon consideration of the motion to dismiss for lack of personal jurisdiction filed by Defendants M.S. Investments Mortgage Company, Mike Saleh, Libby Saleh, and Cameron Saleh (Doc. 4), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the complaint is **DISMISSED** without prejudice to Plaintiff Evan Chasse's right to re-file in an appropriate jurisdiction. The Clerk of Court is directed to close this case.

*/s/ Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge